McDANIEL *v.* JOHNS-MANVILLE PRODUCTS CORPORATION

No. 42054          December 4, 1961          135 So. 2d 179

*J. A. Travis, Jr., Barney E. Eaton, III,* Jackson; *Robert L. Netterville,* Natchez, for appellant.

*Brandon, Brandon, Hornsby & Handy,* Natchez, for appellee.

Jones, J.

There were ample circumstances and testimony offered by the appellees to make an issue of fact as to whether the testimony of the claimant and his witnesses should prevail. The attorney-referee, the full commis-

sion and the circuit court denied liability on conflicting evidence, and we are of the opinion that the decision of the commission, affirmed by the circuit court, was supported by substantial evidence and that the same should be affirmed.

Affirmed.

*McGehee, C. J.,* and *Kyle, Gillespie* and *McElroy, JJ.,* concur.